ERNEST MOYER, Respondent, v. SOL ROSENBERG and ANNA COHEN and JACK COHEN, Doing Business under the Assumed Name and Style of COHEN's RESTAURANT, Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action to recover damages for personal injuries sustained by reason of falling on a defective sidewalk. The order denies a motion

for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.